FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br>v.<br><br>1.  Trenda Lynne Halton<br>     (Counts 1-130),<br><br>2.  Crystal Marie Diaz<br>     (Counts 1, 8, 33, 35, 39, 43, 45, 67, 69, 79, 85, 95, 109, 111, and 119),<br><br>3.  Claude Willis Fletcher<br>     (Counts 1, 9, 51, 55, 93, and 101),<br><br>4.  Latissha Lavern Johnson<br>     (Counts 1, 10, 99, 103, and 127),<br><br>5.  Evelynn Castaneda Tripp<br>     (Counts 1, 11, 53, 107, and 125),<br><br>6.  Robert Edward Harris<br>     (Count 12),<br><br>7.  Julia Gavino Aldama<br>     (Counts 13 and 14),<br><br>8.  Joanne Rivera Alvarez-Pompa<br>     (Counts 15 and 16),<br><br>9.  Bonita Michelle Arnold<br>     (Counts 17 and 18),<br><br>10. Anthony Tony Baker<br>     (Counts 19 and 20),<br><br>11. James Henry Barnes<br>     (Counts 21 and 22),<br><br>12. Everett J. Black<br>     (Counts 23 and 24), | CR09-737-PHX-NVW (MHB)<br><br>**MOTION TO TEMPORARILY SEAL INDICTMENT AND CASE**<br><br>**(Under Seal)** |

13. Kelly Rae Capuchino
    (Counts 25 and 26),

14. Eric Lee Chavez
    (Counts 27 and 28),

15. Marlissa Nicole Chavez
    (Counts 29 and 30),

16. Moenicka Andrea Chriswell
    (Counts 31 and 32),

17. Sonya Alice Colt
    (Counts 33 and 34),

18. Tracey Adeline Colt
    (Counts 35 and 36),

19. Christina Georgette Cotton
    (Counts 37 and 38),

20. Melanie Renee Crawford
    (Counts 39 and 40),

21. Oscar Saucedo Cruz
    (Counts 41 and 42),

22. Reyna Evette Diaz
    (Counts 43 and 44),

23. Rudy Betancourt Diaz
    (Counts 45 and 46),

24. Emilia Fernandez
    (Counts 47 and 48),

25. Laura Bell Flemons
    (Counts 49 and 50),

26. Diana Padilla Fletcher
    (Counts 51 and 52),

27. David Allen Fraden
    (Counts 53 and 54),

28. Anthony Robert Fuentes
    (Counts 53 and 54),

29. Elena Marie Galindo
    (Counts 57 and 58),

30. Angela Christine Garcia
    (Counts 59 and 60),

31. Andrea Rene Gomez
    (Counts 61 and 62),

32. Dominique Alexzander Halton
    (Counts 63 and 64),

33. Tremayne Unique Harris
    (Counts 65 and 66),

34. Alicia Ann Harvey
    (Counts 67 and 68),

35. Felicia Lynn Harvey
    (Counts 69 and 70),

36. Tracy Rochelle Hawkins,
    a.k.a. Tracy Rochelle Nash
    (Counts 71 and 72),

37. Simia Shabet Henry
    (Counts 73 and 74),

38. LaTonya Denise Huff
    (Counts 75 and 76),

39. Thanny R. Krueger
    (Counts 77 and 78),

40. Gloria M. Laguna
    (Counts 79 and 80),

41. Tiffany Lynn Lewis
    (Counts 81 and 82),

42. Christina Marie Lopez
    (Counts 83 and 84),

43. Kimberly Ann Martin
    (Counts 85 and 86),

44. Joshua Caine Mendenhall
    (Counts 87 and 88),

45. Maria Esther Miller
    (Counts 89 and 90),

46. Christine Michelle Nardi
    (Counts 91 and 92),

47. Robert N. Ortega
    (Counts 93 and 94),

48. Larry Michael Ortiz
    (Counts 95 and 96),

| | |
|---|---|
| 49. | Velia Padilla (Counts 97 and 98), |
| 50. | Anthony Darnell Peters (Counts 99 and 100), |
| 51. | Henry Oscar Rivera IV (Counts 101 and 102), |
| 52. | Jewel Joy Robinson (Counts 103 and 104), |
| 53. | Molly Montano Rodriquez (Counts 105 and 106), |
| 54. | Brennon Lee Rushing (Counts 107 and 108), |
| 55. | Dawn Standing Elk (Counts 109 and 110), |
| 56. | Elayna Shaun Standing Elk (Counts 111 and 112), |
| 57. | David Wayne Stephens (Counts 113 and 114), |
| 58. | Brian Clelus Tang (Counts 115 and 116), |
| 59. | Anthony Lee Thomas (Counts 117 and 118), |
| 60. | Lisa Sue Thomas (Counts 119 and 120), |
| 61. | Pam Lou Valdez (Counts 121 and 122), |
| 62. | Ramona P. Valenzuela (Counts 123 and 124), |
| 63. | Carrie Anne Vasquez (Counts 125 and 126), |
| 64. | Arnez Evette Wade (Counts 127 and 128) and |
| 65. | Fabian Zarate (Counts 129 and 130) |

Defendants.

The United States of America, by and through counsel undersigned, moves that this Court, pursuant to Fed. R. Crim. P. 6(e)(4), enter an Order temporarily sealing the Indictment and case, along with this motion and order filed in this matter, on the grounds that disclosure would not be in the best interest of justice for a brief period of time. The United States is requesting that these matters be temporarily sealed in order to provide the government the opportunity to seek to arrest lead defendant TRENDA LYNN HALTON the morning of Wednesday, June 24, 2009. Due to the fact that defendant TRENDA LYNN HALTON is charged in all 130 counts of the subject conspiracy and scheme to defraud the United States of over $500,000.00, she may seek to flee before arrest in this matter. Accordingly, the United States is requesting that this case and the Indictment be sealed until 9:00 a.m. on Wednesday, June 24, 2009, and that the case and Indictment be unsealed without an additional motion by the government or Order by the Court at that date and time.

It is not expected excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion or an order based thereon.

Respectfully submitted this 23rd day of June, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*/s/ FRB*

FREDERICK A. BATTISTA
Assistant U.S. Attorney