# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

United States of America

v.

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR 09-737-041-PHX-NVW

(Name and Address of Defendant)
Tiffany Lynn Lewis

YOU ARE HEREBY SUMMONED to appear before the United States District Court at place, date and time set forth below.

| PLACE: U.S. District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street<br>Phoenix, Arizona 85003 | COURTROOM NO.:<br>303 |
|---|---|
| BEFORE:<br>MAGISTRATE JUDGE MICHELLE H. BURNS | DATE AND TIME: Wednesday,<br>July 9, 2009 @ 10:00 AM |

To answer a(n)
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice
☐ Probation Petition   ☐ Supervised Release

Charging you with a violation of 20 U.S.C. § 1097(a) & 18 U.S.C. § 2 - Financial Aid Fraud; 20 U.S.C. § 1097(b) & 18 U.S.C. § 2 - False Statement in connection with Financial Aid Fraud

Richard H. Weare, Clerk of Court/DCE
Signature of Issuing Officer

E. Leon, Deputy Clerk
Name and Title of Issuing Officer

June 24, 2009
Date

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

JUL 07 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# RETURN OF SERVICE

Service was made by me on:[1]    Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: MOTHER FAITH AGNES FENNELL AZDL B13838772 EXP 01/30/2023

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 07/02/09
Date

DAVID GONZALES
Name of United States Marshal

ROBERT RICHARDSON  PR
(by) Deputy United States Marshal

Remarks:
1ST ENDEAVOR; NOBODY AT HOME 6/29/09
SERVED MOTHER FAITH AGNES FENNELL @ 1430 ON 07/02/09
@ _____, GLENDALE, AZ

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.